

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                                    Case No. 8:18-bk-00533-RCT
                                                                          Chapter 7
Wanda Lee Billet

Debtor*_____/

MOTION TO ENFORCE AUTOMATIC STAY ON EMERGENT SHORT NOTICE BASIS AND ENJOIN DEUTSCHE BANK NATIONAL TRUST, TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLNI ("CREDITOR") FROM RECONVEYING PROPERTY AND TO COMPEL CREDITOR TO RETURN TITLE TO DEBTOR AND HER HUSBAND AND TO COMPEL CREDITOR'S AGENT TO PROCEED WITH MEDIATION AND FOR SANCTIONS

*Pro Se* Debtor, Wanda Lee Billet, hereby moves this Honorable Court for an Emergent Order Compelling Creditor to reconvey the Estate's Property located at 400 Grove Street, Glen Rock, NJ back to the Debtor and her husband, Roger L. Fidler, requiring Creditor to proceed with Mortgage Mediation per the Court's prior order instituting same, extending time for such mediation, and imposing sanctions for failure to honor the automatic stay on several occasions. In support of these requests Debtor certifies and states:

1) The automatic stay was in effect on June 1, 2018; and,

2) The Creditor, Deutsche Bank National Trust Company, Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLNI ("Creditor") twice scheduled a foreclosure sale of my property located at 400 Grove Street in Glen Rock, New Jersey ("Property") in violation of the automatic stay; and,

3) As related to me via telephone by the Bergen County Sheriff's Office personnel, on June 1, 2018 The Creditor purchased said Property at a foreclosure sale. That sale was conducted in violation of the automatic stay and, upon information and belief, Creditor has the ability to resell the Property thereby making moot the Order of this Court ordering the Mortgage Modification Mediation, all in violation of the automatic stay that continued in effect on June 1, 2018, and to the present day, and

4) In light of the grossly illegal conduct of the Creditor there is no reason to believe that Creditor would not take such action to resell the Property causing immediate and irreparable damage to the Debtor.

5) There is a true necessity for an emergency hearing, specifically, because "the Debtor" seeks an Order preventing a disposition of Debtor's property sold at a Foreclosure Sale that was scheduled and conducted in contravention of the Automatic Stay, and that these circumstances require a hearing prior to the presently scheduled July 9, 2018 motion date scheduled upon Motion by my adversary to adjudicate the termination of the mortgage modification mediation and my cross motion for relief from the violation of the automatic stay.

6) I incorporate by reference my Response to Creditor's Motion and Cross Motion attached hereto.

DATED this 12th day of June 2018.

By: *Wanda Lee Billet (Pro Se)*
Name:     Wanda Lee Billet
Title:    Pro Se
Address:  1522 Gardner Drive
          Lutz, FL 33559-3305
Telephone: (813) 909-4094
E-mail:    wbillet0099@aol.com
Fax:  (201) 464-7943

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                          Case No. 8:18-bk-00533-RCT
                                                                Chapter 7
Wanda Lee Billet

Debtor*_____/

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, that I am not a member of the Bar of the Court and I am Pro Se in the above Chapter 7 case. I have carefully examined the matter under consideration and to the best of my ability, knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

Motion for Injunctive Relief Upon Short Notice

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because "the Debtor" seeks an Order preventing a disposition of Debtor's property sold at a Foreclosure Sale that was scheduled and conducted in contravention of the Automatic Stay, and that these circumstances require a hearing prior to the presently scheduled July 9, 2018 motion date scheduled upon Motion by my adversary to adjudicate the termination of the mortgage modification mediation and my cross motion for relief from the violation of the automatic stay for the following reason:

1) The automatic stay was in effect on June 1, 2018; and,

2) The Creditor, Deutsche Bank National Trust Company, Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLNI ("Creditor") twice scheduled a foreclosure sale of my property located at 400 Grove Street in Glen Rock, New Jersey ("Property") in violation of the automatic stay; and,

3) On June 1, 2018 The Creditor purchased said Property and, upon information and belief, has the ability to resell the Property thereby making moot the Order of this Court ordering the Mortgage Modification Mediation, all in violation of the automatic stay that continued in effect on June 1 ,2018, and to the present day, and

4) In light of the grossly illegal conduct of the Creditor there is reason to believe that it would take such action to resell the Property.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about by circumstances beyond my control. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 12th day of June 2018.

*Wanda Lee Billet, Pro Se*

By: /s/Wanda Lee Billet, Pro Se
Name: Wanda Lee Billet
Title: Pro Se
Address: 1522 Gardner Drive
Lutz, FL 33559-3305
Telephone: (813) 909-4094
E-mail: wbillet0099@aol.com
FAX: (201) 464-7943

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov



IN RE:   Case No. 8:18-bk-00533-RCT
                                                                Chapter 7
Wanda Lee Billet

Debtor*_____/

RESPONSE TO MOTION TO VACATE MORTGAGE MODIFICATION
MEDIATION (DOC. NO. 16) AND MOTION TO VACATE FORECLOSURE SALE
MADE IN VIOLATION OF AUTOMATIC STAY AND FOR SANCTIONS RELATED
THERETO AND FOR A SIXTY (60) DAY EXTENSION OF TIME TO HOLD THE
MORTGAGE MEDIATION

Debtor, Wanda Lee Billet, hereby responds to the Motion of Secured Creditor, Deutsche Bank National Trust Company, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 (hereinafter referred to as "Creditor"), to vacate the Order granting mortgage modification mediation (Doc No. 16) and to enter order denying the Debtor's motion for referral to mortgage mediation, and requests an Order vacating a foreclosure sale made by the Creditor in violation of the automatic stay, requiring Creditor to retitle the property in the name of the Debtor and her husband and awarding sanctions for repeated violations of the automatic stay, and in support states the following:

    1.    On January 24, 2018, I filed a petition under Chapter 7 and informed the Bergen County Sheriff's Office in New Jersey of the institution of proceeding in the Middle District of the United States District Court of Florida. The scheduled sale of 400 Grove Street in Glen Rock, NJ was canceled.

2. At some time thereafter another sale was scheduled in March in violation of the automatic stay. That sale was thereafter canceled and rescheduled for June 1, 2018. These actions were all made by the Creditor in violation of the automatic stay as related to me by the Bergen County Sheriff's Office which I spoke with today as further referenced below.

3. On June 1, 2018, while the automatic stay was still in effect, Creditor carried out the purchase of the property at 400 Grove Street at the scheduled sale.

4. The Court entered its Order for Mortgage Mediation on February 27, 2018 ("Order").

5. I thereafter spent a significant amount of time (several days) completing the forms laid out at www.hlp.org as identified at Paragraph 4 of the Order completing the uploading of materials of April 12, 2018.

6. I received three letters dated April 12, April 19 and May 3 requesting that I complete the DMM Portal. I did not realize that I was not on the DMM Portal. I first realized this when I called Mr. Powrozek following receipt of his Motion mailed May 31, 2018 and received by me June 4, 2018.

7. After figuring out that I was on the wrong, or a different portal, and after inquiring of the HLP Homeowners Connections portal how I could transfer the information, I received an odd response which I attach hereto indicating that the portal wasn't useful for the bankruptcy mediation which I still don't understand. I then immediately began to upload the information, and additional different forms to the DMM portal which was completed today. As part of that process I contacted the Bergen County Sheriff's Office to get the date the next sale might have been scheduled by the Creditor

only to find out what had happened, twice. It is my understanding that these types of violations, much less one showing a pattern of contempt for the automatic stay, are usually subject to the imposition of sanctions which I request be done to prevent them from abusing other debtors in bankruptcy. Finding out that the home was taken by the Creditor caused me extreme emotional distress.

8. The Court should also know that at least one of the statements made in the Creditor's Motion is untrue. Paragraph 2 states that numerous attempts were made by email and phone to schedule mediation at a convenient time and place. No such emails or telephone calls took place. In fact I had to select a mediator and then move out of time for the appointment of that mediator.

9. I am not an uneducated person, but I found this portal process difficult. I request that due to the Comedy of Errors that took place, the fact that I have completed the process twice on two different portals, have put probably about 100 hours of effort in trying to get the material uploaded to the right portal, get the mediator positioned with no help from the Creditor, been subjected to violations of the automatic stay, and even having experienced a bizarre problem getting the DMM Portal to recognize the mediator last night, I also request a sixty (60) day extension until August 22, 2018 to conclude the mediation process.

Wherefore, Debtor, Wanda Lee Billet, moves this Honorable Court to deny the Creditor's Motion to Vacate the Mortgage Mediation Order, extend the date to conclude the mortgage Mediation to August 22, 2018, Order Creditor to Reconvey the Property back to Debtor and her Husband, and impose sanctions against the Creditor for twice scheduling sales while under the Automatic Stay and for conveying the Property to itself.

From: LiveChat <support@livechatinc.com>
To: wbillet0099 <wbillet0099@aol.com>
Subject: Chat transcript
Date: Mon, Jun 4, 2018 8:32 pm



# Chat transcript

Name: Wanda Lee Billet
E-mail (so we can send you updates): wbillet0099@aol.com
Phone Number (to call you if we need more info): 813-909-4094
Servicer US Bank
How can we help you today? I have general questions about the process.
If you selected other, please describe your reason for visit below. My lender and its servicing agent have asserted that they have not received a request to join the portal for this account. How do I make that request?

Gina Solis                                                                 Mon, 06/04/18 07:39:33 pm America/New_York
Hello. How can I assist you?

Wanda Lee Billet                                                                                          07:41:13 pm
We filled out the forms. Today we were told by creditor counsel that their client never received ba request to enter the mediation. How do we send that request out.

Gina Solis                                                                                                07:41:53 pm
you mean the request to join the website

Wanda Lee Billet                                                                                          07:44:42 pm
I suppose so. We have Mr. Cooper down as the servicer. That was a name change from Nationstar. The owner of the mortgage is Deutscge Bank National Trsut Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLNI.

Gina Solis                                                                                                07:45:50 pm
we dont assist with BK , we can submitt a ticket for them to get a response from HLP directly but we woudlnt be able to help them

Wanda Lee Billet                                                                                          07:49:16 pm
What does that mean you don't assist with BK. My mortgage mediation was ordered in BK.
The Court Order named your website.

Gina Solis                                                                                                07:52:08 pm
one moment
This website was developed for U.S. Bank Mortgage customers to apply for either disaster assistance and/or save your Home/Modification assistance. All aspects of the application process must be completed on line; unfortunately there is no fax or email that we can provide at this time. So tips to remember are as follows; we recommend browsers used be Firefox and/or Internet Explorer. Mandatory fields are reflected by a red asterisk. Mobile devices are not recommended. You will be requested to print out a packet/review and sign those documents as well as upload additional required documents which must be uploaded in pdf format. Please scan related documents as one file for example, four copies of paycheck stubs (weekly to reflect one month) as one uploaded pdf file. Documents requested must include the most current two months' such as pay-check stubs and bank statements. You can contact us via this chat and/or calling 1-888-891-6307. Thank you.

Is this the first time you chatted with us about the case? No
Was the case resolved during the chat? No

Duration: 27m 34s

Message Details

From
Homeowner Connect:
To
Subject
DMM Portal Submission
Sent on
4/12/2018 5:14:59 PM
Loan#
610247843
Message

Dear NationStar Mortgage Customer Service,

RE: Bankruptcy Case No: 8:18-bk-00533-RCT
   SFG No: 18-311180
   Court Ordered Mortgage Mediation I have uploaded this today.

The Documents have been submitted on the Portal.
I uploaded the following:
1. 4506-T signed years 2014, 2015, 2016, & 2017
2. Statement of Profit and Loss
3. Business Banking statements last 2 months Feb & March 2018
4. Signed Dodd-Frank Certification
5. Signed Borrow Assistance - Hardship Affidavit - I believe I submitted this twice
6. Hardship Affidavit
7. Request for Mortgage Assistance Making Home Affordable RMA - loaded this Document as     Other because I could not delete it when I entered it first in the incorrect upload.
8. Personal Balance Sheet - Roger Fidler

Thank you,
Wanda Lee Billet

Close

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via facsimile transmission and first class mail on this 7th day of June, 2018.

Via first class U.S. Mail only:
Steven G. Powrozek, Esq.
SHAPIRO, FISHMAN & GACHE, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614

Via Fax:
(813) 880-8800

*[signature: Wanda Lee Billet Pro Se]*
Wanda Lee Billet, *Pro Se*
1522 Gardner Drive
Lutz, FL 33559
Telephone: (813) 909-4094
Fax: (201) 464-7943
Email: wbillet0099@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above has been provided by U.S. Mail- First Class, or Facsimile this 12th day of June 2018, to:

Creditor's Attorney: SHAPIRO, FISHMAN & GACHÉ, LLP,
Steven G. Powrozek ESQ.
4630 Woodland Corporate Blvd.,
Suite 100, Tampa, FL 33614
Fax: (813) 880-8800

Trustee: Douglas N. Menchise,
2963 Gulf to Bay Boulevard, Suite 300,
Clearwater, FL 33759
First-Class Mail

United States Trustee, 501 E. Polk Street, Suite 1200,
Tampa, FL 33602
First-Class Mail

Date: June 12, 2018   By:   /s/Wanda Lee Billet
Name:       Wanda Lee Billet
Title:          Pro Se
Address:    1522 Gardner Drive
                   Lutz, FL 33559-3305
Telephone: (813)-909-4094
Fax:            (201)-464-7943
E-mail:       wbillet0099@aol.com